To the Honorable Judge Dan A. Polster,

    My name is Sheri Somnitz and I am the foremen of the second shift plant 2 production line at Springco Metal Coating. I have had Ed working underneath me for several months now since he has come to my line after promotion. Ed is a good employee with a positive attitude and a quality work ethic. He has a high attention to detail who goes above and beyond what is necessary to get the job done. He is self motivated with an eagerness to learn more than what is required, and the mentality of someone who wants to achieve more than he already has. Ed is a valued employee that is counted on everyday to do his job. He is on time or early for work, and is committed the whole shift to getting work done. Interactions with his coworkers have always been positive. In my estimation replacing the work Ed does is not something we can easily achieve, not to mention the future that he has with Springco.

    Please consider the loss this company would endure as well as for Ed and his future when weighing the pros and cons of the sentencing options available to you. Thank you for the consideration of my letter.

Sheri Somnitz   5-28-2019
Second shift plant 2 foreman